JS-6

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Robert K. Landen, #149407
  *robert.landen@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, and MURRAY PLUMBING AND HEATING CORPORATION dba MURRAY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>Defendant. | Case No.  2:15-cv-03586-AB-JPR<br><br>[~~PROPOSED~~] **JUDGMENT ON DEFENDANT LIBERTY SURPLUS INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. André Birotte, Jr. |

Defendant Liberty Surplus Insurance Company's ("LSIC") Motion for Summary Judgment came on regularly for hearing on August 1, 2016, at 10:00 a.m. in Courtroom 4 of the above-entitled court at 312 N. Spring Street, Los Angeles, California, 90012, before the Honorable Andre Birotte, Jr.

After considering the moving and opposition papers, arguments of counsel and all other matters presented, and based on the admissible evidence, and as stated

in the Order of August 17, 2016, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Murray Plumbing & Heating Corporation dba "Murray Company" ("Murray") is not an insured under the Commercial General Liability policy issued by LSIC to Farwest Insulation Contracting ("Farwest") under number 1000009492-02 for the period June 1, 2012 to June 1, 2013 ("LSIC policy") with respect to the action, *Margarita Pizza Co. v. Murray Company, et al.,* Los Angeles County Superior Court, Case No. BC539615 ("*Underlying* action")

2. Because Murray is not an insured on the LSIC policy, the LSIC policy's "insured contract" provision does not establish any obligation or duty on the part of LSIC to Murray with respect to the *Underlying* action.

3. LSIC owes no duty to defend Murray in the *Underlying* action under the LSIC Policy.

4. LSIC owes no duty to indemnify Murray in the *Underlying* action under the LSIC Policy.

5. Old Republic General Insurance Corporation ("Old Republic") is not entitled to contribution from LSIC for any defense fees, costs and/or indemnity sums incurred in connection with the *Underlying* Action.

6. LSIC is entitled to summary judgment in its favor on all causes of action in the Second Amended Complaint filed in this action, and LSIC's Motion for Summary Judgment is hereby GRANTED in full.

7. LSIC is awarded its costs of suit.

IT IS SO ORDERED.

DATED: September 14, 2016

_____
Hon. André Birotte, Jr.
United States District Court, Central District of California

4053074.